# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135736(35)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

      SC: 135736
      COA: 277828
      Kalamazoo CC: 00-000751-FC

FLOYD CLEO CHAMBERS,
      Defendant-Appellant.
_____/

      On order of the Court, the motion for reconsideration of this Court's September 10, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2008

_____
Clerk